UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| NICOLA BERRY, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 0:22-cv-60826-KMM |
| vs. | JURY TRIAL DEMANDED |
| TD BANK, N.A., | |
| *Defendant*. _____/ | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Nicola Berry, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Nicola Berry, individually, are hereby dismissed without prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: June 09, 2022

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

       I hereby certify that on June 09, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
       Andrew J. Shamis, Esq.
       Florida Bar # 101754

*Counsel for Plaintiff and the Class*